McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>Chevele Bernard RICHARDSON<br><br>411 S. Stanislaus, Apartment #J205<br>Stockton, California 95207 | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS<br><br>2:19-SW-0434 AC<br><br>2:19-SW-0436 AC |
|---|---|

FILED
MAY 16 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 5/16/19

_____
The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE

ORDER TO REQUEST TO UNSEAL SEARCH
WARRANTS AND SEARCH WARRANT
AFFIDAVITS

1